### UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MONROE, MARK W | § | Case No. 09-40749 MB |
| MONROE, DESIREE A | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
219 S. DEARBORN STREET
CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 02/10/2011 in Courtroom 250,
United States Courthouse
Old Kane County Courthouse
100 S. Third Street, Geveva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By:  _/s/ Thomas E. Springer /s/_____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MONROE, MARK W | § | Case No. 09-40749 MB |
| MONROE, DESIREE A | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 7,501.22 |
| and approved disbursements of | $ | 750.00 |
| leaving a balance on hand of[1] | $ | 6,751.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 1,500.12 | $ 0.00 | $ 1,500.12 |
| Attorney for Trustee Fees: Springer, Brown, Covey, Gaertner & Davis | $ 2,282.50 | $ 0.00 | $ 2,282.50 |
| Attorney for Trustee Expenses: Springer, Brown, Covey, Gaertner & Davis | $ 4.15 | $ 0.00 | $ 4.15 |
| Other: JIM LEDUC | $ 550.00 | $ 0.00 | $ 550.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 4,336.77 |
| Remaining Balance | $ | 2,414.45 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 54,646.04  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|------------------------|------------------------|------------------|
| 1C | Dept. of the Treasury-IRS | $          54,646.04 | $          0.00 | $          2,414.45 |

|  | Total to be paid to priority creditors | | $          2,414.45 |
|---|---|---|---|
|  | Remaining Balance | | $          0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 456,354.58  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|------------------------|------------------------|------------------|
| 2 | Hofner & Hofner | $          1,275.00 | $          0.00 | $          0.00 |
| 3 | New Haven Inc | $          25,244.23 | $          0.00 | $          0.00 |
| 4 | CAPITAL ONE BANK USA, N.A. | $          3,999.18 | $          0.00 | $          0.00 |
| 5 | Capital Recovery III LLC As Assignee of HSBC | $          1,296.95 | $          0.00 | $          0.00 |
| 6 | American Express Centurion Bank | $          12.00 | $          0.00 | $          0.00 |
| 7 | Jeffrey Monroe | $          421,991.00 | $          0.00 | $          0.00 |
| 8 | Verizon Wireless | $          2,536.22 | $          0.00 | $          0.00 |

Total to be paid to timely general unsecured creditors          $_____0.00

Remaining Balance          $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 28,177.94  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|-----------|----------|-------------------------|-------------------------|------------------|
| 1A | Dept. of the Treasury-IRS | $        28,177.94 | $        0.00 | $        0.00 |

Total to be paid to subordinated unsecured creditors          $_____0.00

Remaining Balance          $_____0.00

Prepared By: /s/ Thomas E. Springer /s/_____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Jan 12, 2011.
```
db/jdb       +Mark W Monroe,   Desiree A Monroe,   2360 Kane Lane,   Batavia, IL 60510-8981
aty          +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
               Aurora, IL 60505-3338
aty          +Michele M Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
aty          +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
tr           +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
14652103     +ADT,   c/o Redline Recovery Services LLC,   6201 Bonhomme Rd, Ste 100S,   Houston, TX 77036-4379
14652102     +ADT,   c/o Redline Recovery Services LLC,   11675 Rainwater Dr Ste 350,
               Alpharetta, GA 30009-8693
14652110     +AT&T,   c/o Collection Company of America,   700 Longwater Dr,   Norwell, MA 02061-1624
14652104     +American Express,   PO Box 297871,   Fort Lauderdale, FL 33329-7871
15057664      American Express Centurion Bank,   Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14652105     +American Home Mortgage Servicing,   c/o Moss Codilis LLP,   6560 Greenwood Plaza Blvd #100,
               Englewood, CO 80111-4990
14652106     +American Home Mortgage Servicing,   PO Box 631730,   4600 Regent Blvd Ste 200,
               Irving, TX 75063-2478
14652107      Anesthesia Services,   1263 Rickert Dr,   Naperville, IL 60540-0954
14652108     +Arnold Scott Harris, PC,   600 W Jackson Blvd Ste 720,   Chicago, IL 60661-5683
14652109     +Arnstein & Lehr LLP,   120 S Riverside Plaza Ste 1200,   Chicago, IL 60606-3910
14652112     +Bank of America,   PO Box 84006,   Columbus, GA 31908-4006
14652111     +Bank of America,   Attn Bankruptcy - NC4-105-03-14,   4161 Piedmont Pkwy, PO Box 26012,
               Greensboro, NC 27410-8119
14652113     +Batavia Public Schools,   c/o KCA Financial,   628 North Street,   Geneva, IL 60134-1356
14652114     +Best Buy,   C/O Retail Services,   PO Box 17298,   Baltimore, MD 21297-1298
14652115    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,   C/O TSYS Debt Management,   PO Box 5155,
               Norcross, GA 30091)
14952591      CAPITAL ONE BANK USA, N.A.,   BY AMERICAN INFOSOURCE LP AS AGENT,   PO Box 71083,
               Charlotte, NC 28272-1083
14652118     +CPS Security,   PO Box 33698,   San Antonio, TX 78265-3698
14652116     +Capital One Bank,   PO Box 85529,   Richmond, VA 23285-5529
15003979     +Capital Recovery III LLC As Assignee of HSBC,   Care of Recovery Management Systems Corp,
               25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
14652117     +Certegy,   PO Box 30046,   Tampa, FL 33630-3046
14819541     +Delnor Community Hospital,   c/o KCA Financial Services Inc,   P O Box 53,
               Geneva, IL 60134-0053
14652120     +Delnor Community Hospital,   c/o KCA Services Inc,   628 North St, PO Box 53,
               Geneva, IL 60134-0053
14652119     +Delnor Community Hospital,   300 Randall Rd.,   Geneva, IL 60134-4202
14652121     +Delnor Community Hospital,   Mail Processing Center,   P. O. Box 739,   Moline, IL 61266-0739
14652123     +DuPage Emergency Physicians,   c/o Medical Business Bureau, LLC,   175 Devin Dr Ste 173,
               Norton Shores, MI 49441
14652122     +DuPage Emergency Physicians,   c/o Medical Business Bureau,   PO Box 1219,
               Park Ridge, IL 60068-7219
14652124     +DuPage Valley Anes, Ltd,   Medical Business Bureau, LLC,   PO Box 1219,
               Park Ridge, IL 60068-7219
14652125     +DuPage Valley Anesthesiologists,   185 Penny Ave.,   Dundee, IL 60118-1454
14652127     +Edward Hospital,   C/O Merchants Credit Guide Co.,   PO Box 1259,   Oaks, PA 19456-1259
14652126     +Edward Hospital,   c/o Merchants Credit Guide Co.,   223 W. Jackson Blvd.,
               Chicago, IL 60606-6908
14652130      Edward Hospital,   PO Box 4207,   Carol Stream, IL 60197-4207
14652131     +Edward Hospital,   c/o MiraMed Revenue Group LLC,   PO Box 536,   Linden, MI 48451-0536
14652129      Edward Hospital,   c/o MiraMed Revenue Group LLC,   PO Box 77000, Dept 77304,
               Detroit, MI 48277-0308
14652128     +Edward Hospital,   c/o RPM Inc,   PO Box 77000, Dept 77308,   Detroit, MI 48277-0308
14652132     +Edward Hospital & DuPage Med Grp,   C/O Merchants Credit Guide Co.,   PO Box 1259,
               Oaks, PA 19456-1259
14652133      Edward Hospital & Health Services,   801 S Naperville Rd,   Naperville, IL 60540
14652134     +Edward Hospital & Health Ventures,   801 South Washington St,   Naperville, IL 60540-7499
14652135     +Elite Recovery Services,   PO Box 3474,   Buffalo, NY 14240-3474
14652136     +Express RCVY,   3030 W Parkway Blvd,   Salt Lake City, UT 84119
14652137     +FMS Inc,   PO Box 707600,   4915 S Union Ave,   Tulsa, OK 74107-7839
14652138    ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
               (address filed with court: Ford Credit,   National Bankruptcy Service Ctr,   P.O. Box 537901,
               Livonia, MI 48153-7901)
14652139      Ford Credit,   P.O. Box 790093,   Saint Louis, MO 63179-0093
14652140     +Friedman & Huey Associates LLP,   1313 W 175th St,   Homewood, IL 60430-4606
14652142     +HSBC,   c/o Atlantic Credit,   PO Box 13386,   Roanoke, VA 24033-3386
14652141     +Hofner & Hofner,   855 W Prairie Ave Ste #A,   Wheaton, IL 60187-3094
14652144      IL Department of Revenue,   PO Box 19447,   Springfield, IL 62794-9447
14652145    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
               PHILADELPHIA PA 19101-7346
               (address filed with court: Dept of the Treasury IRService,   Centralized Insolvency Operations,
               P.O. Box 21126,   Philadelphia, PA 19114-0326)
14652148     +JP Morgan Chase,   c/o MRS Associates Inc,   1930 Olney Ave,   Cherry Hill, NJ 08003-2016
14652146     +Jeffrey L Monroe,   c/o Michael T Trucco, Esq,   30 W Monroe St Ste 1600,
               Chicago, IL 60603-2418
14652147     +Jeffrey Monroe,   Michael T Trucco/John J Kakacek,   Stamos & Trucco LLP,
               One E Wacker Dr 3rd Fl,   Chicago, Il 60601-1806
14652149      Laboratory Physicians LLC,   P.O. Box 10200,   Peoria, IL 61612-0200
```

```
District/off: 0752-1           User: nmolina          Page 2 of 3              Date Rcvd: Jan 10, 2011
Case: 09-40749                 Form ID: pdf006         Total Noticed: 88

14652150    +Lincare-CCC,   4825 140th Ave Ste D,   Clearwater, FL 33762-3822
14652151     Linden Oaks Medical Group,   c/o OSI Collection Services Inc,   PO Box 959,
              Brookfield, WI 53008-0959
14652152    +Linden Oaks Medical Group,   3540 Seven Bridges Dr Ste 230,   Woodridge, IL 60517-1222
14652153    +Lora Windsor, LCSW, CADC, CT,   825 W State St Ste 103C,   Geneva, IL 60134-2078
14652154     Medical Business Bureau, LLC,   175 Devin Dr Ste 173,   Norton Shores, MI 49441
14652155    +Michael T Trucco, Esq,   Stamos & Trucco LLP,   One E Wacker Dr, 3rd FL,   Chicago, IL 60601-1806
14819542     Naperville Anethesia Services,   c/o ICS Collection Service,   P O Box 1010,
              Tinley Park, Il 60477-9110
14652156    +Naperville Radiologists,   PO Box 70,   Hinsdale, IL 60522-0070
14652157    +Naperville Radiologists,   C/O ATG Credit, LLC,   P.O. Box 14895,   Chicago, IL 60614-0895
14652158    +Naperville Surgical Center,   Anesthesia Services,   1263 Rickert Dr.,
              Naperville, IL 60540-0954
14819543     Naperville Surgical Center,   c/o ICS Collection Service,   P O Box 1010,
              Tinley Park, Il 60477-9110
14652160     New Haven Inc,   PO Box 50238,   Provo, UT 84605-0238
14652159     New Haven Inc,   c/o American Agencies of CA,   1660 Hotel Circle Dr N, Ste #210,
              San Diego, CA 92108
14652161    +New Haven Inc,   c/o American Agencies,   PO Box 2829,   Torrance, CA 90509-2829
14652163    +Northland Group, Inc,   PO Box 390846,   Edina, MN 55439-0846
14652162     Northland Group, Inc,   c/o Creditors Alliance,   719 W Chestnut St, PO Box 1288,
              Bloomington, IL 61702-1288
14652165    +Premier Bankcard Inc,   c/o Arrow Financial Service,   5996 W Touhy Ave,   Niles, IL 60714-4610
14819544     Quest Diagnostics,   1355 Mittel Boulevard,   Attn Patient Billing,   Wood Dale, IL 60191-1024
14652166     Redline Recovery Services, LLC,   95 John Muir Dr,   Buffalo, NY 14228-1144
14652167     State of IL,   IL DOR,   PO Box 19006,   Springfield, IL 62794-9006
14652168    +Tanglewood Homeowner Assn,   7 S 251 Olesen Ln,   Naperville, IL 60540-6909
14652169    +Tri City Radiology S.C.,   9410 Compubill Drive,   Orland Park, IL 60462-2627
14819545     Tru Green,   P O Box 490,   West Chicago, Il 60186-0490
14652170    +Utah Valley Regional Med Ctr,   c/o LHC Health Services Inc,   PO Box 26415,
              Salt Lake City, UT 84126-0415
14652171    +Valley Emergency Care,   PO Box 9030,   Wheeling, IL 60090-9030
14737506    +Valley Emergency Care Inc,   c/o Dennis A Brebner & Associates,   860 Northpoint Blvd,
              Waukegan, IL 60085-8211
14652174    +Woodmans North Aurora #35,   c/o Cybercollect,   2350 South Ave,   La Crosse, WI 54601-6272
14652175    +Zanos Hair Design,   c/o Comp Credit Services,   PO Box 60201,   Chicago, IL 60660-0201

The following entities were noticed by electronic transmission on Jan 10, 2011.
14652143     E-mail/PDF: rmscedi@recoverycorp.com Jan 11 2011 00:33:45    Capital Recovery III LLC(HSBC),
              c/o Recovery Management Systems Corp,   25 S E 2nd Ave Ste 1120,   Miami, FL 33131-1605
14652173    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 11 2011 00:29:58    Verizon Wireless,
              777 Big Timber Rd,   Elgin, IL 60123-1401
15261261    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 11 2011 00:29:58    Verizon Wireless,
              PO BOX 3397,   Bloomington, IL 61702-3397
14652172    +E-mail/PDF: bankruptcyverizonwireless@afninet.com Jan 11 2011 00:29:59    Verizon Wireless,
              26935 Northwestern Hwy Ste 100 - CF,   Southfield, MI 48033-8449
                                                                                     TOTAL: 4

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Thomas E Springer,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
              Suite 330,   Wheaton, IL 60187-4547
14652164    ##OSI Collection Services, Inc.,   PO Box 959,   Brookfield, WI 53008-0959
                                                                          TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1        User: nmolina          Page 3 of 3          Date Rcvd: Jan 10, 2011
Case: 09-40749             Form ID: pdf006         Total Noticed: 88
```

                    ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2011**                    **Signature:**